UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                                  **DECISION AND ORDER**
                                                                                    09-CR-208S
BERNARD WALKER

                    Defendant.

1.     On June 26, 2009, the Defendant entered into a written plea agreement (Docket No. 5) and pled guilty to a One Count Information (Docket No. 1) charging a violation of Title 18 U.S.C. Sections 1029(a)(2) (Use of an unauthorized access device to obtain more than $1000 during a one year period).

2.     On June 29, 2009 the Honorable Hugh B. Scott, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 7) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3.     This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4.     This Court has carefully reviewed *de novo* Judge Scott's Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Scott's Report and Recommendation, and will accept Judge Scott's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Scott's Report and Recommendation (Docket No. 7) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Bernard Walker is accepted, and he is now adjudged guilty of Title 18, U.S.C. Sections 1029 (a)(2).

SO ORDERED.

Dated: October 2, 2009
      Buffalo, New York

/s/ William M. Skretny
WILLIAM M. SKRETNY
United States District Judge